**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cesar De La Garza,

Plaintiff,

Civil No. 01-198 (RHK/JGL)

vs.

**ORDER**

Kandiyohi County Jail Correctional Institution, and Kandiyohi County Sheriff Department,

Defendants.

---

In a February 20, 2001 Report and Recommendation, Magistrate Judge Jonathan G. Lebedoff recommends, inter alia, the dismissal of the § 1983 civil action pursuant to § 1915A(b). Plaintiff has filed timely Objections.

This Court has conducted the required de novo review of the objected to portions of the Report and Recommendation. That review satisfies the undersigned that Judge Lebedoff's proposed disposition of the issues before him was correct.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 5) are **OVERRULED**;
2. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;
3. Plaintiff's Application for leave to proceed in forma pauperis (Doc. No. 2) is **DENIED**;
4. This action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C.§ 115A(b)(1);

FILED MAR 0 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $135.00, in accordance with 28 U.S.C. § 1915(b)(2); and

6. The dismissal of this action is counted as a "strike" against Plaintiff for purposes of 28 U.S.C. § 1915(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 9, 2001

RICHARD H. KYLE
United States District Judge