# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cesar De La Garza

Plaintiff

v.

Kandiyohi County Jail Correctional Institution and Kandiyohi County Sheriff Department

Defendants

Case No. Civil 01-198 RHK/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. Thc issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are overruled. The report and recommendation is adopted. Plaintiff's application for leave to proceed in forma pauperis is denied. This action is dismissed with prejudice. Plaintiff is required to pay the unpaid balance of the court filing fee namely $135.00. The dismissal of this action is counted as a strike against plaintiff.

DATE: March 9, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk