Tue Jan 18 14:33:36 2005

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 146126
Cashier lynda

Tender Type CHECK

Check Number: 120965

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 6.00

MCF - OAK PK HGTS (CESAR DELAGARZA) 01-CV-198

PARTIAL PAYMENT OF FILING FEE

SCANNED
JAN 18 2005 CB
U.S. DISTRICT COURT ST. PAUL

# TRUST CHECK STUB SUPPLEMENTAL LIST

AS OF 01/13/2005

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 12/28/2004 Payee Name : CLERK, US DISTRICT COURT
Check Number : 120965 Payee Address:
Check Amount : $297.81

| Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $17.09 | 2140029 | 10 | 06-01-2004 | DEDUCTION-FEDL-CV 02-4864 JMR D | 0000123074 | KRYCH, CHRISTOPHER ROBERT |
| $5.00 | 2152237 | 4 | 15-01-2004 | DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $5.00 | 2159849 | 24 | 22-01-2004 | DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $5.00 | 2167417 | 6 | 27-01-2004 | DEDUCTION-FEDL-00-CV-01511 D | 0000171203 | LIGONS, RONALDO SYLVESTER |
| $[illegible]0.00 | 2190284 | 17 | 13-02-2004 | DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $[illegible].00 | 2206415 | 15 | 26-02-2004 | DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $8.00 | 2213641 | 13 | 02-03-2004 | DEDUCTION-FEDL-00-CV-01511 D | 0000171203 | LIGONS, RONALDO SYLVESTER |
| $3.33 | 2217758 | 106 | 05-03-2004 | RCUNI-PAY DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $4.73 | 2236427 | 88 | 19-03-2004 | RCUNI-PAY DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $6.00 | 2243003 | 34 | 23-03-2004 | DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $5.00 | 2244518 | 9 | 24-03-2004 | DEDUCTION-FEDL-00-CV-01511 D | 0000171203 | LIGONS, RONALDO SYLVESTER |
| $6.00 | 2250455 | 13 | 29-03-2004 | DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $2.40 | 2263243 | 108 | 02-04-2004 | RCUNI-PAY DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $10.00 | 2267261 | 16 | 05-04-2004 | DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $6.00 | 2282511 | 12 | 15-04-2004 | DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $4.80 | 2283425 | 102 | 16-04-2004 | RCUNI-PAY DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $8.00 | 2287557 | 8 | 19-04-2004 | DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $6.00 | 2298540 | 25 | 27-04-2004 | DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |

BY MAIL
JAN 18 2005
CLERK, US DIST. COURT
ST. PAUL, MN

# T R U S T   C H E C K   S T U B   S U P P L E M E N T A L   L I S T

AS OF 01/13/2005

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 12/28/2004 Payee Name : CLERK, US DISTRICT COURT
Check Number : 120965
Check Amount : $297.81

| Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $2.38 | 2302744 | 95 | 30-04-2004 | RCUNI-PAY DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $0.84 | 2303887 | 6 | 30-04-2004 | DEDUCTION-FEDL-09302003 D | 0000206950 | SPENCER, MARVIN NMN |
| $5.00 | 2360587 | 16 | 11-06-2004 | DEDUCTION-FEDL-502003SCO31492 D | 0000174564 | ADAMS, OSCAR LEE |
| -$5.00 | 2371954 | 1 | 21-06-2004 | REV GL#2360587 SEQ#16-IN ERROR - CORRECTION | 0000174564 | ADAMS, OSCAR LEE |
| $2.00 | 2602284 | 30 | 22-11-2004 | DEDUCTION-FEDL-CV-00722 D | 0000205210 | HANNON, KEVIN TERRANCE |
| $4.00 | 2602284 | 35 | 22-11-2004 | DEDUCTION-FEDL-CV-00387 D | 0000123074 | KRYCH, CHRISTOPHER ROBERT |
| $2.88 | 2605408 | 172 | 24-11-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-00722 D | 0000205210 | HANNON, KEVIN TERRANCE |
| $2.00 | 2609556 | 19 | 29-11-2004 | DEDUCTION-FEDL-CV-00722 D | 0000205210 | HANNON, KEVIN TERRANCE |
| $2.00 | 2620013 | 6 | 06-12-2004 | DEDUCTION-FEDL-CV-00722 D | 0000205210 | HANNON, KEVIN TERRANCE |
| $2.00 | 2623311 | 22 | 08-12-2004 | DEDUCTION-FEDL-96-CV-00889 D | 0000103592 | FOX, AUDIE NMN |
| $3.60 | 2625973 | 221 | 10-12-2004 | RCUNI-PAY DEDUCTION-FEDL-03CV05603 D | 0000198614 | ROBERTS, DAMIEN DARIUS |
| $0.20 | 2625973 | 295 | 10-12-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-03-00007 D | 0000206950 | SPENCER, MARVIN NMN |
| $9.79 | 2625981 | 16 | 10-12-2004 | RCUNI-PAY DEDUCTION-FEDL-96-CV-00889 D | 0000103592 | FOX, AUDIE NMN |
| $3.03 | 2625981 | 81 | 10-12-2004 | RCUNI-PAY DEDUCTION-FEDL-04CV00697 D | 0000173945 | RASHEED-EL, AMIRI ABDUL |
| $6.03 | 2625981 | 151 | 10-12-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-03-06537 D | 0000203728 | GARCIA, DAVID NICHOLAS |
| $2.40 | 2625981 | 156 | 10-12-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-00722 D | 0000205210 | HANNON, KEVIN TERRANCE |
| $10.00 | 2629532 | 8 | 13-12-2004 | DEDUCTION-FEDL-CV-00387 D | 0000123074 | KRYCH, CHRISTOPHER ROBERT |
| $2.00 | 2629532 | 55 | 13-12-2004 | DEDUCTION-FEDL-CV-00722 D | 0000205210 | HANNON, KEVIN TERRANCE |
| $3.00 | 2632911 | 35 | 15-12-2004 | RCUNI-PAY DEDUCTION-FEDL-04CV00697 D | 0000173945 | RASHEED-EL, AMIRI ABDUL |
| $2.00 | 2639894 | 40 | 20-12-2004 | DEDUCTION-FEDL-CV-00722 D | 0000205210 | HANNON, KEVIN TERRANCE |

# TRUST CHECK STUB SUPPLEMENTAL LIST

AS OF 01/13/2005

Bank Account Code: 1102
Description : Imprest Cash
Check Date : 12/28/2004 Payee Name : CLERK, US DISTRICT COURT
Check Number : 120965
Check Amount : $297.81

| TRANSACTION Amount | Number | Seq | Date | Description | OID# / Account | Offender Name / Account Description |
|---|---|---|---|---|---|---|
| $6.00 | 2639894 | 65 | 20-12-2004 | DEDUCTION-FEDL-01CV00198 04CV01362 D | 0000208543 | DELAGARZA, CESAR NMN |
| $10.00 | 2640683 | 2 | 21-12-2004 | DEDUCTION-FEDL-CV-03-06537 D | 0000203728 | GARCIA, DAVID NICHOLAS |
| $4.00 | 2641684 | 19 | 21-12-2004 | DEDUCTION-FEDL-CV-03-06537 D | 0000203728 | GARCIA, DAVID NICHOLAS |
| $10.00 | 2641684 | 22 | 21-12-2004 | DEDUCTION-FEDL-CV-03-06537 D | 0000203728 | GARCIA, DAVID NICHOLAS |
| $9.00 | 2643804 | 26 | 22-12-2004 | DEDUCTION-FEDL-CV-00722 D | 0000205210 | HANNON, KEVIN TERRANCE |
| $4.00 | 2643804 | 36 | 22-12-2004 | DEDUCTION-FEDL-CV-03-06537 D | 0000203728 | GARCIA, DAVID NICHOLAS |
| $2.58 | 2643835 | 2 | 22-12-2004 | DEDUCTION-FEDL-99CV00171 D | 0000190665 | WILLIAMS, MICHAEL NMN |
| $10.58 | 2644627 | 15 | 23-12-2004 | RCUNI-PAY DEDUCTION-FEDL-96-CV-00889 D | 0000103592 | FOX, AUDIE NMN |
| $3.85 | 2644627 | 51 | 23-12-2004 | RCUNI-PAY DEDUCTION-FEDL-99 00826 2ND APPEAL D | 0000154970 | BECK, NFN NMN |
| $5.95 | 2644627 | 81 | 23-12-2004 | RCUNI-PAY DEDUCTION-FEDL-04CV00697 D | 0000173945 | RASHEED-EL, AMIRI ABDUL |
| $5.50 | 2644627 | 149 | 23-12-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-03-06537 D | 0000203728 | GARCIA, DAVID NICHOLAS |
| $3.85 | 2644627 | 154 | 23-12-2004 | RCUNI-PAY DEDUCTION-FEDL-CV-00722 D | 0000205210 | HANNON, KEVIN TERRANCE |
| $12.00 | 2646147 | 27 | 23-12-2004 | DEDUCTION-FEDL-CV-03-06537 D | 0000203728 | GARCIA, DAVID NICHOLAS |
| $30.00 | 2648442 | 2 | 27-12-2004 | DEDUCTION-FEDL-CV-03-06537 D | 0000203728 | GARCIA, DAVID NICHOLAS |
| $2.00 | 2648772 | 83 | 27-12-2004 | DEDUCTION-FEDL-CV-00722 D | 0000205210 | HANNON, KEVIN TERRANCE |

MINNESOTA CORRECTIONAL FACILITY
STILLWATER
970 PICKETT STREET N
BAYPORT, MN 55003-1490

MINNESOTA CORRECTIONAL FACILITY–STILLWATER

BAYPORT MN JAN 14 '05

$0.37 U.S. POSTAGE

PB METER 7145816

55101+1435 06