01cv198 RHK/JGL

Mon Jul 18 14:40:26 2005

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 147187
Cashier lynn

Tender Type CHECK

Check Number: 122125

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 3 | 5100PL |

Amount $ 62.00

CESAR DE LA GARZA 01-CV-198 PAID BY OAK PARK HEIGHTS CORR. FAC.

SUBSEQUENT PAYMENT OF FILING FEE

SCANNED
JUL 18 2005
DM
U.S. DISTRICT COURT ST. PAUL