01 CV 198 RHK/JGL

Thu Jan 19 12:22:51 2006

UNITED STATES DISTRICT COURT

ST PAUL, MN

Receipt No. 300 148179
Cashier lynn

M.O. Number: 08592292980

| DO Code | Div No |
|---|---|
| 4641 | 3 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:5100PL | AR | 3 | 7.00 |
| 2:0869PL | AR | 3 | 3.00 |

Total Amount $ 10.00

CESAR DE LA GARZA

SUBSEQUENT PAYMENT OF FILING FEE 01-CV-198

JAN 2 0 2006