Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641005223
Cashier ID: dbell
Transaction Date: 07/07/2006
Payer Name: MCF OAK PARK HEIGHTS

---

PLRA CIVIL FILING FEE
For: MCF OAK PARK HEIGHTS
Case/Party: D-MNX-0-01-CV-000198-001 RHK/JGL
Amount: $30.00

---

CHECK
Check/Money Order Num: 124515
Amt Tendered: $30.00

---

Total Due: $30.00
Total Tendered: $30.00
Change Amt: $0.00

SCANNED
JUL 10 2006
U.S. DISTRICT COURT MPLS