01-198

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641015391
Cashier ID: dbell
Transaction Date: 08/10/2007
Payer Name: MCF OAK PARK HEIGHTS

---

PLRA CIVIL FILING FEE
For: CESAR DELAGARZA
Case/Party: D-MNX-0-01-CV-000198-001
Amount: $75.00

---

CHECK
Check/Money Order Num: 126965
Amt Tendered: $75.00

---

Total Due: $75.00
Total Tendered: $75.00
Change Amt: $0.00

SCANNED
AUG 13 2007
U.S. DISTRICT COURT MPLS